IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE V. SCOTT,** | : | CIVIL ACTION NO. 3:18-CV-2106 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **FCI SCHUYLKILL,** | : | |
| | : | |
| Respondent | : | |

**MEMORANDUM**

Petitioner filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking the recalculation of good conduct time credits to hasten his release from confinement. Doc. 1. After the Petition was filed, Petitioner's good conduct time credits were apparently recalculated, and Petitioner was released from confinement on January 8, 2020.[1] Because Petitioner is no longer in custody, it appeared to the Court that his habeas petition should be dismissed as moot because it no longer presents a case or controversy for which this court could provide relief. See, e.g., Scott v. Holt, 297 F. App'x 154, 155 (3d Cir. 2000) (affirming dismissal of § 2241 petition challenging good conduct time credits as moot after petitioner was released from custody).

---

[1] The Court takes judicial notice of Petitioner's release from the Bureau of Prisons' Inmate Locator, available at https://www.bop.gov/inmateloc/. The BOP had originally calculated Petitioner's release date to be October 12, 2020. (See Doc. 5-1 at 5.) At some point after the filing of the Petition, however, the BOP must have recalculated Petitioner's good conduct time credits due to Petitioner's earlier-than-projected release date.

On April 6, 2020, the Court issued an order to show cause why the Petition should not be dismissed as moot, because Petitioner had obtained the relief he was seeking.  Doc. 6.  Petitioner has failed to show cause or otherwise respond to that order, and the time for doing so has since passed.  As such, the Court will dismiss the Petition as moot.

A separate order follows.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:    May 12, 2020