# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE V. SCOTT,** | : | **CIVIL ACTION NO. 3:18-CV-2106** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **FCI SCHUYLKILL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 12th day of May, 2020, upon consideration of the Court's Order to Show Cause on April 6, 2020, Doc. 6, and Petitioner's failure to respond thereto, the Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241, is DISMISSED AS MOOT and the Clerk of Court shall CLOSE this matter.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania